# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 29, 2015

## NO. 03-14-00108-CV

**Janos Farkas, Appellant**

**v.**

**Second Congress, Ltd., Appellee**

## APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
## DISMISSED ON AGREED MOTION -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the orders signed by the trial court on December 6, 2013 and December 9, 2013. The parties have filed an agreed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below